```
UNITED STATES DISTRICT COURT          08 CV 6669
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
SHAUNA JAMES,
                                        DOCKET NUMBER:
                    Plaintiff,

    -against-                           NOTICE OF REMOVAL TO
                                        THE UNITED STATES
MARRIOTT INTERNATIONAL, INC.,           DISTRICT COURT FOR
                                        THE SOUTHERN DISTRICT
                    Defendant.          OF NEW YORK
---------------------------------------X
```

JUDGE LYNCH

RECEIVED JUL 28 2008 U.S.D.C. S.D. N.Y. CASHIERS

Defendant, MARRIOTT INTERNATIONAL, INC., in the above-captioned action which was commenced in the Supreme Court of the State of New York, County of New York, gives notice that it is removing this action from the Supreme Court of the State of New York, County of New York, to this Court pursuant to 28 U.S.C. §1441.

1. A civil action has been commenced and is now pending against the defendant in the Supreme Court of the State of New York, County of New York, which action is entitled <u>Shauna James v. Marriott International, Inc.</u>, bearing Index Number 108531/08.

2. On July 1, 2008, plaintiff served a copy of the Summons and Complaint upon the Secretary of State, State of New York, a copy of which is annexed hereto as Exhibit "1". Notice of service of process was received on behalf of Marriott International, Inc. by Corporation Service Company on July 7, 2008. The summons and complaint (Exhibit "1") constitutes copies of all initial process, pleadings and other papers served upon such defendant in this

1

action.

   3.   The above-described action is a civil action of which this Court has original jurisdiction under 28 U.S.C. §1332 and is one which may be removed to this Court by defendant under 28 U.S.C. §1332 and 28 U.S.C. §1441 in that:

   a.   Upon information and belief, plaintiff is a citizen and resident of County of Wake, State of North Carolina.

   b.   Defendant, Marriott International, Inc. is incorporated in the State of Delaware, with its principal place of business in the State of Maryland.

   c.   Upon information and belief, the amount in controversy herein exceeds $75,000, exclusive of interest and costs. The plaintiff in the Complaint alleges in paragraph 21 that she was caused to suffer "serious injuries and to have suffered pain, shock and mental anguish; that these injuries and their effects will be permanent; and as a result of said injuries, plaintiff has been caused to incur, and will continue to incur, expenses for medical care and attention; and, as a further result, plaintiff was and will continue to be, rendered unable to perform plaintiff's normal activities and duties and has sustained the resultant loss therefrom." The plaintiff further alleges in paragraph 22 of the complaint that "...plaintiff was damaged in a sum which exceeds the jurisdictional limits of all lower Courts which otherwise would have jurisdiction." The defendant denies

these allegations.

    d.    The initial pleadings in this matter were received by defendant on July 7, 2008.

    e.    The incident in question took place in New York, New York.

    4.    Accordingly, the parties are of diverse citizenship, the amount in controversy exceeds $75,000 exclusive of interest and costs and federal jurisdiction is appropriate pursuant to 28 U.S.C. §1332.

WHEREFORE, the defendant, MARRIOTT INTERNATIONAL, INC., gives notice that the above-captioned action now pending against them in the Supreme Court of the State of New York, County of New York, is removed to this court.

DATED:    Baldwin, New York
            July 24, 2008

                                       Yours, etc.,

                                       GREGORY E. BROWER (7780)
                                     CHESNEY & MURPHY, LLP
                                     Attorneys for Defendant
                                     Office & P.O. Address
                                     2305 Grand Avenue
                                     Baldwin, New York  11510
                                     (516) 378-1700

TO:    MARK E. SEITELMAN
        LAW OFFICES, P.C.
        Attorneys for Plaintiff
        Office & P.O. Address
        111 Broadway, 9th Floor
        New York, New York 10006
        (212) 962-2626

MAR105 GEB/ct

# EXHIBIT "1"

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

Index No.: 108531/08
Date Purchased: 6/19/08

-----------------------------------X
SHAUNA JAMES,

                  Plaintiff,

-against-

MARRIOTT INTERNATIONAL, INC.,

                  Defendant.
-----------------------------------X

SUMMONS

Plaintiff designates New York County as the place of trial.

The basis of venue is: location of incident

Plaintiff resides at:
2909 Mark Oak Court
Raleigh, NC 27610

**To the above named Defendants:**

    **You are hereby summoned** to answer the complaint in this action, and to serve a copy of your answer, or, if the complaint is not served with this summons, to serve a notice of appearance on the Plaintiff's attorneys within twenty days after the service of this summons, exclusive of the day of service, where service is made by delivery upon you personally within the state, or, within 30 days after completion of service where service is made in any other manner. In case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.

Dated:    New York, New York
           June 16, 2008

MARK E. SEITELMAN LAW OFFICES, P.C.
Attorneys for Plaintiff
111 Broadway, 9th Floor
New York, NY 10006
(212) 962-2626

NEW YORK COUNTY CLERK'S OFFICE
JUN 19 2008
NOT COMPARED WITH COPY FILE

TO:    MARRIOTT INTERNATIONAL, INC.
       c/o The Prentice Hall Corporation System Inc.
       80 State Street
       Albany, New York 12207

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
------------------------------------------X
SHAUNA JAMES,

                          Plaintiff,

    -against-                      VERIFIED COMPLAINT

MARRIOTT INTERNATIONAL, INC.,

                          Defendant.
------------------------------------------X

    Plaintiff by her attorneys, MARK E. SEITELMAN LAW OFFICES, P.C. complaining of the Defendant, respectfully alleges, upon information and belief:

    1.    Plaintiff resides at 2909 Mark Oak Court, Raleigh, North Carolina 27610.

    2.    That at all times herein mentioned, the Defendant MARRIOTT INTERNATIONAL, INC. was and still is a foreign corporation duly authorized to do business in the State of New York.

    3.    That at all times herein mentioned, the Defendant MARRIOTT INTERNATIONAL, INC., maintained an address c/o The Prentice Hall Corporation System Inc., 80 State Street, Albany, New York 12207.

    4.    That at all times herein mentioned, the Defendant MARRIOTT INTERNATIONAL, INC. maintained a principal place of business in the County of , State of New York.

    5.    That at all times herein mentioned, the Defendant, MARRIOTT INTERNATIONAL, INC. was, and still is, a resident of the State of New York.

NEW YORK COUNTY CLERK'S OFFICE
JUN 19 2008
NOT COMPARED WITH COPY FILE

6. That at all times herein mentioned, the Defendant MARRIOTT INTERNATIONAL, INC. was and still is a domestic corporation duly organized and existing under and by virtue of the laws of the State of New York.

7. That at all times herein mentioned, the Defendant MARRIOTT INTERNATIONAL, INC. was and still is a foreign corporation duly authorized to do business in the State of New York.

8. That at all times herein mentioned, the Defendant, MARRIOTT INTERNATIONAL, INC. was in the hotel industry.

9. On and before May 14, 2006 one of the Defendant, MARRIOTT INTERNATIONAL, INC.'s hotels was the Marriott Marquis located at 1535 Broadway, New York, New York 10036.

10. On and before May 14, 2006 said Marriott Marquis included a restaurant called The View.

11. That at all times herein mentioned, the Defendant, MARRIOTT INTERNATIONAL, INC. owned said hotel including said restaurant.

12. That at all times herein mentioned, and upon information and belief, the Defendant, MARRIOTT INTERNATIONAL, INC. managed the aforesaid hotel and restaurant.

13. That at all times herein mentioned, and upon information and belief, the Defendant, MARRIOTT INTERNATIONAL, INC. maintained the aforesaid hotel and restaurant.

14. That at all times herein mentioned, and upon information and belief, the Defendant, MARRIOTT INTERNATIONAL, INC. controlled the aforesaid hotel and restaurant.

15. That at all times herein mentioned, and upon information and belief, the Defendant, MARRIOTT INTERNATIONAL, INC. supervised the aforesaid hotel and restaurant.

16. That at all times herein mentioned, and upon information and belief, the Defendant, MARRIOTT INTERNATIONAL, INC. inspected the aforesaid hotel and restaurant.

17. On May 14, 2006 Plaintiff was a lawful patron at the aforesaid restaurant.

18. On May 14, 2006, while plaintiff was a lawful patron at the aforesaid restaurant she was misinformed as to the contents or presence of nuts in the desserts and as a consequence had an allergic reaction to same resulting in serious personal injuries and medical expenses.

19. The above mentioned occurrence, and the results thereof, were caused by the negligence of the Defendants and/or said Defendants' agents, servants, employees and/or licensees in the ownership, operation, management, supervision, maintenance and control of the aforesaid hotel and restaurant.

20. That no negligence on the part of the Plaintiff contributed to the occurrence alleged herein in any manner whatsoever.

21. That by reason of the foregoing, Plaintiff was caused to sustain serious injuries and to have suffered pain, shock and mental anguish; that these injuries and their effects will be permanent; and as a result of said injuries Plaintiff has been caused to incur, and will continue to

incur, expenses for medical care and attention; and, as a further result, Plaintiff was, and will continue to be, rendered unable to perform Plaintiff's normal activities and duties and has sustained a resultant loss therefrom.

22. That as a result of the foregoing, Plaintiff was damaged in a sum which exceeds the jurisdictional limits of all lower courts which would otherwise have jurisdiction.

WHEREFORE, Plaintiff demands judgment against the Defendants herein, in a sum exceeding the jurisdictional limits of all lower courts which would otherwise have jurisdiction, together with the costs and disbursements of this action.

Dated: New York, New York
    June 16, 2008

                                    Yours, etc.,

                                    MARK E. SEITELMAN LAW OFFICES, P.C.
                                    Attorneys for Plaintiff
                                    111 Broadway, 9th Floor
                                    New York, NY 10006
                                    (212) 962-2626

## ATTORNEY'S VERIFICATION

MARK E. SEITELMAN, an attorney duly admitted to practice before the Courts of the State of New York, affirms the following to be true under the penalties of perjury:

I am an attorney at MARK E. SEITELMAN LAW OFFICES, P.C., attorneys of record for plaintiff. I have read the annexed Complaint and know the contents thereof, and the same are true to my knowledge, except those matters therein which are stated to be alleged upon information and belief, and as to those matters I believe them to be true. My belief, as to those matters therein not stated upon knowledge, is based upon facts, records, and other pertinent information contained in my files.

The reason this verification is made by me and not plaintiff(s) is that plaintiff(s) is/are not presently in the county wherein the attorneys for the plaintiff(s) maintain their offices.

Dated:   New York, New York
         June 16, 2008

                                                _____
                                                MARK E. SEITELMAN

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NASSAU     )

**CAMI TURCHIN**, being duly sworn deposes and says:

That deponent is not a party to this action, is over 18 years of age, and resides in Rockville Centre, New York.

That on **July 25, 2008**, deponent served the within **NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK** by filing the same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the United States Postal Service within the State of New York, addressed to the last known address of the addressee(s) as indicated below:

MARK E. SEITELMAN
 LAW OFFICES, P.C.
Attorneys for Plaintiff
111 Broadway, 9th Floor
New York, New York 10006

_____
CAMI TURCHIN

Sworn to before me on
July 25, 2008

_____
NOTARY PUBLIC

LORI A. RICCI
Notary Public, State of New York
No. 01RI5050242
Qualified in Nassau County
Commission Expires Oct. 2, 20 09