```
SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-----------------------------------------X
SHAUNA JAMES,                              INDEX NO.:
                                           108531/08
                     Plaintiff,
                                           NOTICE THAT NOTICE
     -against-                             OF REMOVAL HAS BEEN
                                           FILED
MARRIOTT INTERNATIONAL, INC.,

                     Defendant.
-----------------------------------------X
```

**TO THE SUPREME COURT OF THE STATE OF NEW YORK, NEW YORK COUNTY:**

    **PLEASE TAKE NOTICE**, that MARRIOTT INTERNATIONAL, INC., defendant in this action have pursuant to federal law, filed with the Clerk of the United States District Court for the Southern District of New York, a Notice of Removal pursuant to 28 U.S.C. §1441 and 1332.  This court is respectfully requested to proceed no further in this action unless and until the action is remanded by the United States District Court.

    A copy of the NOTICE OF REMOVAL filed with the United States District Court for the Southern District of New York is attached and filed with this document.  The NOTICE OF REMOVAL has been served via Federal Express and first class mail upon plaintiff's counsel of record, listed below:

                       MARK E. SEITELMAN
                       LAW OFFICES, P.C.
               Attorneys for Plaintiff
               Office & P.O. Address
             111 Broadway, 9th Floor
             New York, New York 10006
                   (212) 962-2626

      This action was removed to the United States District Court of the authority of 28 U.S.C. §1446.

```
DATED:    Baldwin, New York
          July 28, 2008

                                    Yours, etc.,


                                    _____
                                    GREGORY E. BROWER
                                    CHESNEY & MURPHY, LLP
                                    Attorneys for Defendant
                                    Office & P.O. Address
                                    2305 Grand Avenue
                                    Baldwin, New York  11510
                                    (516) 378-1700

TO:  MARK E. SEITELMAN
       LAW OFFICES, P.C.
     Attorneys for Plaintiff
     Office & P.O. Address
     111 Broadway, 9th Floor
     New York, New York 10006
     (212) 962-2626


MAR105 GEB/ct
```