| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**SOUTHERN DISTRICT OF NEW YORK**<br>----------------------------------------X<br>**SHAUNA JAMES,**<br><br>                              **Plaintiff,**<br><br>        -against-<br><br>**MARRIOTT INTERNATIONAL, INC.,**<br><br>                              **Defendant.**<br>----------------------------------------X | **Docket No. 08 CV 6669**<br><br><br><u>**JURY DEMAND**</u> |

**C O U N S E L L O R S:**
    **PLEASE TAKE NOTICE,** that the undersigned hereby demand(s) a trial by jury on all issues in this action.

Dated:   New York, New York
         July 30, 2008

                                        Yours, etc.,

                                        **MARK E. SEITELMAN LAW OFFICES, P.C.**



                                        By: Donald Casale_(DC-7207)
                                        MARK E. SEITELMAN LAW OFFICES, P.C.
                                        Attorneys for Plaintiff
                                        111 Broadway, 9th Floor
                                        New York, New York 10006
                                        (212)962-2626
                                        Our File No. 08-0192

    TO:  Chesney & Murphy LLP

    Attorneys for Defendant
    NEW YORK MARRIOTT MARQUIS
    2305 Grand Avenue
    Baldwin, New York 11510
    (516) 378-1700

STATE OF NEW YORK     }
COUNTY OF NEW YORK    } ss.:

**Sherry Heckstall**, being duly sworn, deposes and says:

I am over 18 years of age, I am not a party to the action, and I reside in Kings County in the State of New York.

On July 30, 2008, I served a true copy of the annexed JURY DEMAND by mailing the same in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee as indicated below:

> CHESNEY & MURPHY LLP
> Attorneys for Defendant
> NEW YORK MARRIOTT MARQUIS
> 2305 Grand Avenue
> Baldwin, NY 11510
> (516)378-1700

_____
Sherry Heckstall

Sworn to before me this
30 day of July, 2008

_____
Notary Public

NICHOLAS A. CHIVILY
NOTARY PUBLIC, State of New York
No. 02CH4075241
Qualified in Putnam County
Commission Expires 12-03-10