UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
SHAUNA JAMES,                                    **CONTENTS OF STATE**
                                                 **COURT RECORD PURSUANT**
                    Plaintiff,                   **TO LOCAL RULE 81.1(b)**

        -against-                                **DOCKET NO.:**
                                                 **08 CV 6669**
MARRIOTT INTERNATIONAL, INC.                     **(GEL)(HBP)**

                    Defendant.
-----------------------------------X

        Defendant, MARRIOTT INTERNATIONAL, INC. hereby files with the

Clerk of the United States District Court, Southern District of New

York, copies of all records and proceedings in the State Court

file.  These records are as follows:

            1.   Summons and Complaint, dated June 16th, 2008;

            2.   Affidavit of Service, dated July 1st, 2008;

            3.   Notice of Removal, dated July 24th, 2008;

            4.   Receipt for application for Index Number pursuant to

Section 8018, C.P.L.R.

DATED:    Baldwin, New York
          August 8th,2008


                              Yours, etc.,


                              _____
                              GREGORY E. BROWER (7780)
                              CHESNEY & MURPHY, LLP
                              Attorneys for Defendant
                              2305 Grand Avenue
                              Baldwin, New York 11510
                              (516) 378-1700

```
TO:  MARK E. SEITELMAN LAW OFFICES, P.C.
     Attorneys for Plaintiff
     Office & P.O. Address
     111 Broadway, 9th Floor
     New York, New York 10006
     (212) 962-2626
     File No.: 08-0192


MAR 106\RECJR/me
```

## COUNTY CLERK, NEW YORK COUNTY

Application for INDEX NUMBER pursuant to Section 8018, C.P.L.R.

### FEE $210.00

| INDEX NUMBER |
| --- |
| Do not write in this space |

Space below to be TYPED or PRINTED by applicant

## TITLE OF ACTION OR PROCEEDING

Shauna James,

Plaintiff,

–against–

Marriott International, Inc.,

Defendant.

**CHECK ONE**

| | |
| --- | --- |
| ☐ COMMERCIAL ACTION | ☐ NOT COMMERCIAL ACTION |
| ☐ CONSUMER CREDIT TRANSACTION | ☐ NOT CONSUMER CREDIT TRANSACTION |
| ☐ THIRD PARTY ACTION | ☐ NOT THIRD PARTY ACTION |

**IF THIRD PARTY ACTION MAIN INDEX NO.** _____

**Name and address of Attorney for Plaintiff or Petitioner. Telephone No.**  (212) 962-2026   Mark E. Seitelman 111 Broadway 9th Floor New York, NY 10006

**Name and address of Attorney for Defendant or Respondent. Telephone No.**

08108531

A.  **Nature and object of action or Nature of special proceeding** _____ Other _____

B.  **Application for Index Number filed by:**  Plaintiff ☐  Defendant ☐

C.  **Was a previous Third Party Action filed**  Yes ☐  No ☐
    **Date filed** _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

08 CV 6669

-----------------------------------------X

SHAUNA JAMES,

Plaintiff

-against-

MARRIOTT INTERNATIONAL, INC.,

Defendant.

-----------------------------------------X

DOCKET NUMBER:

NOTICE OF REMOVAL TO
THE UNITED STATES
DISTRICT COURT FOR
THE SOUTHERN DISTRICT
OF NEW YORK

RECEIVED
JUL 28 2008
U.S.D.C. S.D. N.Y.
CASHIERS

JUDGE LYNCH

Defendant, MARRIOTT INTERNATIONAL, INC., in the above-captioned action which was commenced in the Supreme Court of the State of New York, County of New York, gives notice that it is removing this action from the Supreme Court of the State of New York, County of New York, to this Court pursuant to 28 U.S.C. §1441.

1.    A civil action has been commenced and is now pending against the defendant in the Supreme Court of the State of New York, County of New York, which action is entitled <u>Shauna James v. Marriott International, Inc.</u>, bearing Index Number 108531/08.

2.    On July 1, 2008, plaintiff served a copy of the Summons and Complaint upon the Secretary of State, State of New York, a copy of which is annexed hereto as Exhibit "1". Notice of service of process was received on behalf of Marriott International, Inc. by Corporation Service Company on July 7, 2008. The summons and complaint (Exhibit "1") constitutes copies of all initial process, pleadings and other papers served upon such defendant in this

1

action.

3.    The above-described action is a civil action of which this Court has original jurisdiction under 28 U.S.C. §1332 and is one which may be removed to this Court by defendant under 28 U.S.C. §1332 and 28 U.S.C. §1441 in that:

a.    Upon information and belief, plaintiff is a citizen and resident of County of Wake, State of North Carolina.

b.    Defendant, Marriott International, Inc. is incorporated in the State of Delaware, with its principal place of business in the State of Maryland.

c.    Upon information and belief, the amount in controversy herein exceeds $75,000, exclusive of interest and costs. The plaintiff in the Complaint alleges in paragraph 21 that she was caused to suffer "serious injuries and to have suffered pain, shock and mental anguish; that these injuries and their effects will be permanent; and as a result of said injuries, plaintiff has been caused to incur, and will continue to incur, expenses for medical care and attention; and, as a further result, plaintiff was and will continue to be, rendered unable to perform plaintiff's normal activities and duties and has sustained the resultant loss therefrom." The plaintiff further alleges in paragraph 22 of the complaint that "...plaintiff was damaged in a sum which exceeds the jurisdictional limits of all lower Courts which otherwise would have jurisdiction." The defendant denies

2

these allegations.

d.   The initial pleadings in this matter were received by defendant on July 7, 2008.

e.   The incident in question took place in New York, New York.

4.   Accordingly, the parties are of diverse citizenship, the amount in controversy exceeds $75,000 exclusive of interest and costs and federal jurisdiction is appropriate pursuant to 28 U.S.C. §1332.

WHEREFORE, the defendant, MARRIOTT INTERNATIONAL, INC., gives notice that the above-captioned action now pending against them in the Supreme Court of the State of New York, County of New York, is removed to this court.

DATED:      Baldwin, New York
            July 24, 2008

                                    Yours, etc.,

                                    GREGORY E. BROWER (7780)
                                    CHESNEY & MURPHY, LLP
                                    Attorneys for Defendant
                                    Office & P.O. Address
                                    2305 Grand Avenue
                                    Baldwin, New York   11510
                                    (516) 378-1700

TO:   MARK E. SEITELMAN
      LAW OFFICES, P.C.
      Attorneys for Plaintiff
      Office & P.O. Address
      111 Broadway, 9th Floor
      New York, New York 10006
      (212) 962-2626

MAR105 GEB/ct

3

EXHIBIT "1"

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

Index No.: 108531/08
Date Purchased: 6/19/08

------------------------------------------------X

SHAUNA JAMES,

SUMMONS

                          Plaintiff,

-against-

MARRIOTT INTERNATIONAL, INC.,

                           Defendant.

------------------------------------------------X

Plaintiff designates
New York County as
the place of trial.

The basis of venue
is:
location of incident

Plaintiff resides
at:
2909 Mark Oak Court
Raleigh, NC 27610

**To the above named Defendants:**

    **You are hereby summoned** to answer the complaint in this action, and to serve a copy of your answer, or, if the complaint is not served with this summons, to serve a notice of appearance on the Plaintiff's attorneys within twenty days after the service of this summons, exclusive of the day of service, where service is made by delivery upon you personally within the state, or, within 30 days after completion of service where service is made in any other manner. In case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.

Dated:   New York, New York
        June 16, 2008

MARK E. SEITELMAN LAW OFFICES, P.C.
Attorneys for Plaintiff
111 Broadway, 9th Floor
New York, NY 10006
(212) 962-2625

NEW YORK
COUNTY CLERKS OFFICE

JUN 19 2008

NOT COMPARED
WITH COPY FILE

TO:  MARRIOTT INTERNATIONAL, INC.
     c/o The Prentice Hall Corporation System Inc.
     80 State Street
     Albany, New York 12207

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
------------------------------------------X
SHAUNA JAMES,

                                    Plaintiff,

        -against-                                 VERIFIED COMPLAINT

MARRIOTT INTERNATIONAL,  INC.,

------------------------------------------X
                                    Defendant.

        Plaintiff  by  her  attorneys,  MARK  E.  SEITELMAN  LAW
OFFICES,  P.C.  complaining  of  the  Defendant,  respectfully
alleges, upon information and belief:

        1.    Plaintiff resides at 2909 Mark Oak Court, Raleigh,
North Carolina 27610.

        2.    That at all times herein mentioned, the Defendant
MARRIOTT  INTERNATIONAL,  INC.  was  and  still  is  a  foreign
corporation duly authorized to do business in the State of New
York.

        3.    That at all times herein mentioned, the Defendant
MARRIOTT  INTERNATIONAL,  INC.,  maintained an address c/o The
Prentice Hall Corporation System Inc., 80 State Street,
Albany, New York 12207.

        4.    That at all times herein mentioned, the Defendant
MARRIOTT INTERNATIONAL, INC. maintained a principal place of
business in the County of , State of New York.

        5.    That at all times herein mentioned, the Defendant,
MARRIOTT INTERNATIONAL, INC. was, and still is, a resident of
the State of New York.

NEW YORK
COUNTY CLERK'S OFFICE
JUN 19 2008
NOT COMPARED
WITH COPY FILE

6. That at all times herein mentioned, the Defendant MARRIOTT INTERNATIONAL, INC. was and still is a domestic corporation duly organized and existing under and by virtue of the laws of the State of New York.

7. That at all times herein mentioned, the Defendant MARRIOTT INTERNATIONAL, INC. was and still is a foreign corporation duly authorized to do business in the State of New York.

8. That at all times herein mentioned, the Defendant, MARRIOTT INTERNATIONAL, INC. was in the hotel industry.

9. On and before May 14, 2006 one of the Defendant, MARRIOTT INTERNATIONAL, INC.'s hotels was the Marriott Marquis located at 1535 Broadway, New York, New York 10036.

10. On and before May 14, 2006 said Marriott Marquis included a restaurant called The View.

11. That at all times herein mentioned, the Defendant, MARRIOTT INTERNATIONAL, INC. owned said hotel including said restaurant.

12. That at all times herein mentioned, and upon information and belief, the Defendant, MARRIOTT INTERNATIONAL, INC. managed the aforesaid hotel and restaurant.

13. That at all times herein mentioned, and upon information and belief, the Defendant, MARRIOTT INTERNATIONAL, INC. maintained the aforesaid hotel and restaurant.

14. That at all times herein mentioned, and upon information and belief, the Defendant, MARRIOTT INTERNATIONAL, INC. controlled the aforesaid hotel and restaurant.

15. That at all times herein mentioned, and upon information and belief, the Defendant, MARRIOTT INTERNATIONAL, INC. supervised the aforesaid hotel and restaurant.

16. That at all times herein mentioned, and upon information and belief, the Defendant, MARRIOTT INTERNATIONAL, INC. inspected the aforesaid hotel and restaurant.

17. On May 14, 2006 Plaintiff was a lawful patron at the aforesaid restaurant.

18. On May 14, 2006, while plaintiff was a lawful patron at the aforesaid restaurant she was misinformed as to the contents or presence of nuts in the desserts and as a consequence had an allergic reaction to same resulting in serious personal injuries and medical expenses.

19. The above mentioned occurrence, and the results thereof, were caused by the negligence of the Defendants and/or said Defendants' agents, servants, employees and/or licensees in the ownership, operation, management, supervision, maintenance and control of the aforesaid hotel and restaurant.

20. That no negligence on the part of the Plaintiff contributed to the occurrence alleged herein in any manner whatsoever.

21. That by reason of the foregoing, Plaintiff was caused to sustain serious injuries and to have suffered pain, shock and mental anguish; that these injuries and their effects will be permanent; and as a result of said injuries Plaintiff has been caused to incur, and will continue to

incur, expenses for medical care and attention; and, as a further result, Plaintiff was, and will continue to be, rendered unable to perform Plaintiff's normal activities and duties and has sustained a resultant loss therefrom.

22. That as a result of the foregoing, Plaintiff was damaged in a sum which exceeds the jurisdictional limits of all lower courts which would otherwise have jurisdiction.

WHEREFORE, Plaintiff demands judgment against the Defendants herein, in a sum exceeding the jurisdictional limits of all lower courts which would otherwise have jurisdiction, together with the costs and disbursements of this action.

Dated: New York, New York
    June 16, 2008

Yours, etc.,

MARK E. SEITELMAN LAW OFFICES, P.C.
Attorneys for Plaintiff
111 Broadway, 9th Floor
New York, NY 10006
(212) 962-2626

## ATTORNEY'S VERIFICATION

MARK E. SEITELMAN, an attorney duly admitted to practice before the Courts of the State of New York, affirms the following to be true under the penalties of perjury:

I am an attorney at MARK E. SEITELMAN LAW OFFICES, P.C., attorneys of record for plaintiff. I have read the annexed Complaint and know the contents thereof, and the same are true to my knowledge, except those matters therein which are stated to be alleged upon information and belief, and as to those matters I believe them to be true. My belief, as to those matters therein not stated upon knowledge, is based upon facts, records, and other pertinent information contained in my files.

The reason this verification is made by me and not plaintiff(s) is that plaintiff(s) is/are not presently in the county wherein the attorneys for the plaintiff(s) maintain their offices.

Dated:    New York, New York
          June 16, 2008


                                    _____
                                    MARK E. SEITELMAN

**CAMI TURCHIN**, being duly sworn deposes and says:

That deponent is not a party to this action, is over 18 years of age, and resides in Rockville Centre, New York.

That on **July 28, 2008**, deponent served the within **NOTICE THAT NOTICE OF REMOVAL HAS BEEN FILED** by filing the same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the United States Postal Service within the State of New York, addressed to the last known address of the addressee(s) as indicated below:

> **VIA REGULAR MAIL**
> **MARK E. SEITELMAN**
>  **LAW OFFICES, P.C.**
> **Attorneys for Plaintiff**
> **111 Broadway, 9th Floor**
> **New York, New York 10006**
>
> **VIA FEDERAL EXPRESS # 861885547095**
> **MARK E. SEITELMAN**
>  **LAW OFFICES, P.C.**
> **Attorneys for Plaintiff**
> **111 Broadway, 9th Floor**
> **New York, New York 10006**

_____
**CAMI TURCHIN**

Sworn to before me on
**July 28, 2008**

_____
**NOTARY PUBLIC**

LORI A. RICCI
Notary Public, State of New York
No. 01RI5050242
Qualified in Nassau County
Commission Expires Oct. 2, 20__

Index No. 08531-2008            Year            RJI No.            Hon.

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

SHAUNA JAMES,

                    Plaintiff,

          -against-

MARRIOTT INTERNATIONAL, INC.,

                    Defendant.



---

## NOTICE THAT NOTICE OF REMOVAL HAS BEEN FILED

---

### CHESNEY & MURPHY, LLP
*Attorneys for*   Defendant

*Office and Post Office Address, Telephone*
**2305 GRAND AVENUE**
**BALDWIN, NEW YORK 11510**
**(516) 378-1700**
MAR105/GEB-ct            **FAX (516) 378-7633**

---

To                                              Signature (Rule 130-1.1-a)

Attorney(s) for                                 Print name beneath

Service of a copy of the within                            is hereby admitted.

Dated,

                                              Attorney(s) for

---

Please take notice
☐ NOTICE OF ENTRY
that the within is a (*certified*) true copy of a
duly entered in the office of the clerk of the within named court on
☐ NOTICE OF SETTLEMENT
that an order                          of which the within is a true copy will be presented for
settlement to the HON.                                    one of the judges
of the within named court, at
on                          at            M

Dated,

                                    Yours, etc.

                          **CHESNEY & MURPHY, LLP**
                          *Attorneys for*

To
                          *Office and Post Office Address*
                          **2305 GRAND AVENUE**
Attorney(s) for           **BALDWIN, NEW YORK 11510**

LAW OFFICES, PC

# AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index #  108531/08                                         Purchased/Filed: June 19, 2008

STATE OF NEW YORK                SUPREME COURT                NEW YORK COUNTY

---

_Shauna James_                                              Plaintiff

against

_Marriott International, Inc._                              Defendant

---

STATE OF NEW YORK          SS.:
COUNTY OF ALBANY

_____ Jessica  Miller _____ , being duly sworn, deposes and says: deponent is over

the age of eighteen (18) years; that on _____ July 1, 2008 _____ , at __2:00pm__ , at the office of the

Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons and Verified Complaint

on

_____ Marriott International, Inc. _____ , the

Defendant in this action, by delivering to and leaving with _____ Chad Matice _____ ,

AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the

Office of the Secretary of State of the State of New York, __2__ true copies thereof and that at the time

of making such service, deponent paid said Secretary of State a fee of __40__ dollars; That said service

was made pursuant to Section __306 Business Corporation Law__ .

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office

of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said

defendant.

Description of the person served:  Approx. Age: __28__    Approx. Wt: __200__    Approx. Ht: __6'0"__

Color of skin: __White__    Hair color: __Brown__    Sex: __M__    Other _____

Sworn to before me on this

__3rd__  day of _____ July, 2008 _____

FILED

JUL 1 5 2008

NEW YORK
COUNTY CLERK'S OFFICE

DONNA M. TIDINGS
NOTARY PUBLIC, State of New York
No. 01TI4898570, Qualified in Albany County
Commission Expires June 15, 2011

Jessica  Miller

Invoice•Work Order # SP0806267

_SERVICO. INC. - PO BOX 871 - ALBANY. NEW YORK 12201 - PH 518-463-4179_

Index № 108531/08

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

SHAUNA JAMES,

                                    Plaintiff,

            -against-

MARRIOTT INTERNATIONAL, INC.,

                                    Defendant.

FILED
JUL 1 5 2008
NEW YORK
COUNTY CLERKS OFFICE

AFFIDAVIT OF SERVICE

MARK E. SEITELMAN
LAW OFFICES, P.C.

ATTORNEY FOR        Plaintiff

111 BROADWAY
9TH FLOOR
NEW YORK, NY 10006

(1-212) 962-2626
FAX: (1-212) 962-5050

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

Index No.: 108531/08
Date Purchased: 6/19/08

------------------------------------------X

SHAUNA JAMES,

SUMMONS

                                    Plaintiff,

Plaintiff designates
New York County as
the place of trial.

         -against-

MARRIOTT INTERNATIONAL, INC.,

The basis of venue
is:
location of incident

                                    Defendant.

------------------------------------------X

Plaintiff resides
at:
2909 Mark Oak Court
Raleigh, NC 27610

**To the above named Defendants:**

        **You are hereby summoned** to answer the complaint in this
action, and to serve a copy of your answer, or, if the complaint is
not served with this summons, to serve a notice of appearance on
the Plaintiff's attorneys within twenty days after the service of
this summons, exclusive of the day of service, where service is
made by delivery upon you personally within the state, or, within
30 days after completion of service where service is made in any
other manner.    In case of  your  failure  to  appear  or  answer,
judgment  will  be  taken  against  you by default for  the  relief
demanded in the complaint.

Dated:    New York, New York
          June 16, 2008

                                    MARK E. SEITELMAN LAW OFFICES, P.C.
                                    Attorneys for Plaintiff
                                    111 Broadway, 9th Floor
                                    New York, NY 10006
                                    (212) 962-2626

TO:   MARRIOTT INTERNATIONAL, INC.
      c/o The Prentice Hall Corporation System Inc.
      80 State Street
      Albany, New York 12207

NEW YORK
COUNTY CLERK'S OFFICE

JUN 19 2008

NOT COMPARED
WITH COPY FILE

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

SHAUNA JAMES,

                              Plaintiff,

          -against-                          VERIFIED COMPLAINT

MARRIOTT INTERNATIONAL, INC.,

- - - - - - - - - - - - - - - - - - - - - - - Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

      Plaintiff by her attorneys, MARK E. SEITELMAN LAW
OFFICES, P.C. complaining of the Defendant, respectfully
alleges, upon information and belief:

      1.    Plaintiff resides at 2909 Mark Oak Court, Raleigh,
North Carolina 27610.

      2.    That at all times herein mentioned, the Defendant
MARRIOTT INTERNATIONAL, INC. was and still is a foreign
corporation duly authorized to do business in the State of New
York.

      3.    That at all times herein mentioned, the Defendant
MARRIOTT INTERNATIONAL, INC., maintained an address c/o The
Prentice Hall Corporation System Inc., 80 State Street,
Albany, New York 12207.

      4.    That at all times herein mentioned, the Defendant
MARRIOTT INTERNATIONAL, INC. maintained a principal place of
business in the County of , State of New York.

      5.    That at all times herein mentioned, the Defendant,
MARRIOTT INTERNATIONAL, INC. was, and still is, a resident of
the State of New York.

NEW YORK
COUNTY CLERK'S OFFICE
JUN 19 2008
NOT COMPARED
WITH COPY FILE

6.    That at all times herein mentioned, the Defendant MARRIOTT INTERNATIONAL, INC. was and still is a domestic corporation duly organized and existing under and by virtue of the laws of the State of New York.

7.    That at all times herein mentioned, the Defendant MARRIOTT INTERNATIONAL, INC. was and still is a foreign corporation duly authorized to do business in the State of New York.

8.    That at all times herein mentioned, the Defendant, MARRIOTT INTERNATIONAL, INC. was in the hotel industry.

9.    On and before May 14, 2006 one of the Defendant, MARRIOTT INTERNATIONAL, INC.'s hotels was the Marriott Marquis located at 1535 Broadway, New York, New York 10036.

10.   On and before May 14, 2006 said Marriott Marquis included a restaurant called The View.

11.   That at all times herein mentioned, the Defendant, MARRIOTT INTERNATIONAL, INC. owned said hotel including said restaurant.

12.   That at all times herein mentioned, and upon information and belief, the Defendant, MARRIOTT INTERNATIONAL, INC. managed the aforesaid hotel and restaurant.

13.   That at all times herein mentioned, and upon information and belief, the Defendant, MARRIOTT INTERNATIONAL, INC. maintained the aforesaid hotel and restaurant.

14.   That at all times herein mentioned, and upon information and belief, the Defendant, MARRIOTT INTERNATIONAL, INC. controlled the aforesaid hotel and restaurant.

15. That at all times herein mentioned, and upon information and belief, the Defendant, MARRIOTT INTERNATIONAL, INC. supervised the aforesaid hotel and restaurant.

16. That at all times herein mentioned, and upon information and belief, the Defendant, MARRIOTT INTERNATIONAL, INC. inspected the aforesaid hotel and restaurant.

17. On May 14, 2006 Plaintiff was a lawful patron at the aforesaid restaurant.

18. On May 14, 2006, while plaintiff was a lawful patron at the aforesaid restaurant she was misinformed as to the contents or presence of nuts in the desserts and as a consequence had an allergic reaction to same resulting in serious personal injuries and medical expenses.

19. The above mentioned occurrence, and the results thereof, were caused by the negligence of the Defendants and/or said Defendants' agents, servants, employees and/or licensees in the ownership, operation, management, supervision, maintenance and control of the aforesaid hotel and restaurant.

20. That no negligence on the part of the Plaintiff contributed to the occurrence alleged herein in any manner whatsoever.

21. That by reason of the foregoing, Plaintiff was caused to sustain serious injuries and to have suffered pain, shock and mental anguish; that these injuries and their effects will be permanent; and as a result of said injuries Plaintiff has been caused to incur, and will continue to

incur, expenses for medical care and attention; and, as a further result, Plaintiff was, and will continue to be, rendered unable to perform Plaintiff's normal activities and duties and has sustained a resultant loss therefrom.

22. That as a result of the foregoing, Plaintiff was damaged in a sum which exceeds the jurisdictional limits of all lower courts which would otherwise have jurisdiction.

WHEREFORE, Plaintiff demands judgment against the Defendants herein, in a sum exceeding the jurisdictional limits of all lower courts which would otherwise have jurisdiction, together with the costs and disbursements of this action.

Dated:New York, New York
        June 16, 2008

Yours, etc.,

MARK E. SEITELMAN LAW OFFICES, P.C.
Attorneys for Plaintiff
111 Broadway, 9th Floor
New York, NY 10006
(212) 962-2626

### ATTORNEY'S VERIFICATION

MARK E. SEITELMAN, an attorney duly admitted to practice before the Courts of the State of New York, affirms the following to be true under the penalties of perjury:

I am an attorney at MARK E. SEITELMAN LAW OFFICES, P.C., attorneys of record for plaintiff. I have read the annexed Complaint and know the contents thereof, and the same are true to my knowledge, except those matters therein which are stated to be alleged upon information and belief, and as to those matters I believe them to be true. My belief, as to those matters therein not stated upon knowledge, is based upon facts, records, and other pertinent information contained in my files.

The reason this verification is made by me and not plaintiff(s) is that plaintiff(s) is/are not presently in the county wherein the attorneys for the plaintiff(s) maintain their offices.

Dated:     New York, New York
           June 16, 2008


                              _____
                              MARK E. SEITELMAN

**CAMI TURCHIN**, being duly sworn deposes and says:

That deponent is not a party to this action, is over 18 years of age, and resides in Rockville Centre, New York.

That on **July 28, 2008**, deponent served the within **NOTICE THAT NOTICE OF REMOVAL HAS BEEN FILED** by filing the same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the United States Postal Service within the State of New York, addressed to the last known address of the addressee(s) as indicated below:

> **VIA REGULAR MAIL**
> MARK E. SEITELMAN
>  LAW OFFICES, P.C.
> Attorneys for Plaintiff
> 111 Broadway, 9th Floor
> New York, New York 10006
>
> **VIA FEDERAL EXPRESS # 861885547095**
> MARK E. SEITELMAN
>  LAW OFFICES, P.C.
> Attorneys for Plaintiff
> 111 Broadway, 9th Floor
> New York, New York 10006

_____
                    **CAMI TURCHIN**

Sworn to before me on
**July 28, 2008**

_____
        **NOTARY PUBLIC**

LORI A. RICCI
Notary Public, State of New York
No. 01RI6050242
Qualified in Nassau County
Commission Expires Oct. 2, 20__

Index No. 08-cv-06    Year    RJI No.    Hon.

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

SHAUNA JAMES,

       Plaintiff,

     -against-

MARRIOTT INTERNATIONAL, INC.,

       Defendant.



## NOTICE THAT NOTICE OF REMOVAL HAS BEEN FILED

### CHESNEY & MURPHY, LLP

*Attorneys for*    Defendant

*Office and Post Office Address, Telephone*
**2305 GRAND AVENUE**
**BALDWIN, NEW YORK 11510**
**(516) 378-1700**

MAR105/GEB-ct      **FAX (516) 378-7633**

To                            Signature (Rule 130-1.1-a)

Attorney(s) for                        Print name beneath

Service of a copy of the within               is hereby admitted.

Dated,

                           Attorney(s) for

Please take notice
☐ NOTICE OF ENTRY
that the within is a *(certified)* true copy of a
duly entered in the office of the clerk of the within named court on
☐ NOTICE OF SETTLEMENT
that an order                 of which the within is a true copy will be presented for
settlement to the HON.                       one of the judges
of the within named court, at
on                 at           M

Dated,

                       Yours, etc.

             **CHESNEY & MURPHY, LLP**
             *Attorneys for*

To                   *Office and Post Office Address*
                  **2305 GRAND AVENUE**
Attorney(s) for           **BALDWIN, NEW YORK 11510**

FILED
AUG 01 2008
NEW YORK
COUNTY CLERK'S OFFICE