UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
SHAUNA JAMES,

                      Plaintiff,

    -against-

MARRIOTT INTERNATIONAL, INC.,

                      Defendant.
------------------------------------------X

Docket No. 08 CV 6669

Notice of Appearance

C O U N S E L L O R S:

    **PLEASE TAKE NOTICE**, that the undersigned hereby appears in this action on behalf of plaintiff SHAUNA JAMES.

Dated:    New York, New York
            August 12, 2008

                                        Yours, etc.,

                                        **MARK E. SEITELMAN LAW OFFICES, P.C.**

                                        By: Donald Casale (DC-7207)
                                        MARK E. SEITELMAN LAW OFFICES, P.C.
                                        Attorneys for Plaintiff
                                        111 Broadway, 9th Floor
                                        New York, New York 10006
                                        (212)962-2626
                                        Our File No. 08-0192

TO:  Chesney & Murphy LLP
      Attorneys for Defendant
      NEW YORK MARRIOTT MARQUIS
      2305 Grand Avenue
      Baldwin, New York 11510
      (516) 378-1700

CERTIFICATE OF MAILING

    DONALD D. CASALE, an attorney admitted to practice in the Courts of the State of New York and an associate with the Mark E. Seitelman Law Offices, P.C., attorneys for plaintiff herein, affirms the truth of the following statement under the penalties of perjury: I am over 18 years of age, I am not a party to the action, and I reside in Kings County in the State of New York.

    On August 12, 2008, I served a true copy of the annexed JURY DEMAND by mailing the same in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee as indicated below:

    CHESNEY & MURPHY LLP
    Attorneys for Defendant
    NEW YORK MARRIOTT MARQUIS
    2305 Grand Avenue
    Baldwin, NY 11510
    (516)378-1700

Dated:    New York, New York
           August 12, 2008

_____
DONALD D. CASALE